# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| CHARLES LEE GILLENWATER, *Plaintiff* <br> v. <br> SENIOR JUDGE LONNY R. SUKO, and U.S. ATTORNEY TIMOTHY OHMS, *Defendant* | Civil Action No. 2:17-CV-0179-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:

This action is DISMISSED WITH PREJUDICE pursuant to 28 U.S.C. § 1915(e)(2)(B) as it is frivolous and malicious, fails to state a claim on which relief may be granted and seeks monetary relief against defendants who are immune from such relief.

Plaintiff's Application to Proceed In Forma Pauperis (ECF No. 2) is DENIED as moot.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge THOMAS O. RICE sua sponte.

Date: June 6, 2017

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen